# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CORNELIUS THOMAS,

        Plaintiff,

Case Number: 08-11107

HON. MARIANNE O. BATTANI

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, (Doc. 19), and no objections having been filed thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED**. Plaintiff's Motion for Summary Judgment, (Doc. 14), is **DENIED**, and Defendant's Motion for Summary Judgment, (Doc. 18), is **GRANTED**.

                                                s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                UNITED STATES DISTRICT JUDGE

Dated: April 29, 2009

**CERTIFICATE OF SERVICE**

  Copies of this Order were served upon counsel of record on this date by ordinary mail and electronic filing.

                s/Bernadette M. Thebolt
                Case Manager